UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLENN SKIDMORE,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., A/K/A BAC HOME LOANS, THE BANK OF NEW YORK, TRUSTEE, CWALT ALTERNATIVE LOAN TRUST 2005-84,<br><br>Defendants. | CASE NO. 14-CV-3238 (KMK)<br><br>ORAL ARGUMENT REQUESTED<br><br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the

Affidavit of Karen N. Wilson Robinson and exhibits annexed thereto, and all prior pleadings

and proceedings herein, defendants **Bank of America, N.A.,** sued herein as **Bank of America,**

**N.A. a/k/a BAC Home Loans, and The Bank of New York Mellon f/k/a Bank of New York,**

**as Trustee for the Certificateholders CWALT, Inc., Alternative Loan Trust 2005-84,**

**Mortgage Pass-Through Certificates, Series 2005-84,** sued herein as **Bank of New York,**

**Trustee, CWALT Alternative Loan Trust 2005-84 (collectively "Defendants")** will move

this Court, before the Honorable Kenneth M. Karas, at the The Hon. Charles L. Brieant Jr.

Federal Building and United States Courthouse , 300 Quarropas St., White Plains, NY 10601-

4150, on a date and at a time designated by the Court, pursuant to Rule 12(b)(1) and Rule

12(b)(6) of the Federal Rules of Civil Procedure, for an order dismissing the claims asserted by

plaintiff **Glenn Skidmore**, and for such other and further relief as the Court deems just and

proper.

Dated: New York, New York
November 21, 2014

                                 **BLANK ROME LLP**
*Attorneys for Defendants Bank of America,
N.A., sued herein as Bank of America, N.A.
a/k/a BAC Home Loans and The Bank of New
York Mellon f/k/a Bank of New York, as
Trustee for the Certificateholders CWALT,
Inc., Alternative Loan Trust 2005-84,
Mortgage Pass-Through Certificates, Series
2005-84, sued herein as Bank of New York,
Trustee, CWALT Alternative Loan Trust 2005-
84*

By: _____
Karen N. Wilson-Robinson
Diana M. Eng
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 885-5000

To:

    **David M. Schlachter, Esq. (BY ECF)**
Law Offices of David M. Schlachter, LLC
8 Carefree Lane
Suffern, New York 10901

143262.00620/7461090v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

GLENN SKIDMORE,

                     Plaintiff,        **14-CV-3238 (KMK)**

        -against-

BANK OF AMERICA, N.A., A/K/A BAC HOME
LOANS, THE BANK OF NEW YORK, TRUSTEE,
CWALT ALTERNATIVE LOAN TRUST 2005-84,    **AFFIDAVIT OF SERVICE**

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

**STATE OF NEW YORK**   )
                   ) ss.:
**COUNTY OF NEW YORK )**

      **Marta Castaneda,** being duly sworn, deposes and says:

      I am over 18 years of age, not a party to this action and am employed at Blank Rome, LLP, 405 Lexington Avenue, New York, New York 10174.

      On November 21, 2014, I served a copy of the **NOTICE OF MOTION TO DISMISS** by mail using a postage-paid envelope for that purpose and depositing same with the United States Postal Service upon the following person(s):

David M. Schlachter, Esq.
Law Offices of David M. Schlachter, LLC
8 Carefree Lane
Suffern, New York 10901

                                      _____
                                    Marta Castaneda

Sworn to before me this _21_
day of November, 2014

_____
Notary Public

MARJORIE A. ROSEN
Notary Public, State of New York
No. 4654195
Qualified in New York County
Commission Expires May 31, 20_15_

143262.00620/7460510v.1